# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD P. BINDER; PHILIPPE THE ORIGINAL, LLC, a California Limited Liability Company; and Does 1-10, <br><br> Defendants. | Case No.: 2:16-CV-08181-ODW-AGR <br><br> **ORDER VACATING DATES** |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court further **ORDERS** the parties to show cause, in writing, by May 8, 2017, why this case is not dismissed.

**IT IS SO ORDERED.**

Dated: March 6, 2017   _____
HONORABLE OTIS D. WRIGHT, II
United States District Court Judge